IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AUGUSTINE A. ONYEKA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-10-5102 |
| | § |
| CVS CAREMARK CORPORATION, *et al.*, | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

For the reasons stated in this court's January 17, 2012 Memorandum and Opinion, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on January 17, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge